FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 5 2023 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_Beresford A. Hall_

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983



CV 23 4606

JURY DEMAND

YES ✓   NO ____

-against-

_Suffolk County_
_Suffolk County 3rd PCT_
_Police Department_
_PO TODD Jackson_
_PO Michael Levy_
_PO Anthony Russo_

CHEN, J.

DUNST, M.J.

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff** _Beresford A. Hall_

If you are incarcerated, provide the name of the facility and address:
_Riverhead Correctional Facility Yaphank_
_110 Center Drive_
_Riverhead, New York 11901_

Prisoner ID Number: _#432270_

1

If you are not incarcerated, provide your current address:

126 Fairfield Ave
Syracuse, New York ~~13207~~ 13207

Telephone Number: 315-218-5384

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Suffolk County

Job Title:

Address:

Defendant No. 2

Full Name: Suffolk County 3rd PCT

Job Title: Police Department

Address:

Defendant No. 3

Full Name: Todd Jackson

Job Title: Suffolk County Police Office 3rd PCT Department

2

Address

Defendant No. 4

Michael Levy
Full Name

Suffolk County Police Officer
Job Title

3rd PCT Department

Address

Defendant No. 5

Anthony Russo
Full Name

Suffolk County Police Officer
Job Title

3rd PCT Department

Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? This Claim has happen in the town of Central Islip, New York Suffolk County on South Road And Hazel St.

When did the events happen? (include approximate time and date) On the date And month And time April 8th, 2023, time of 4:56 - 5:00 A.m

3

DEFENDANT NO. 6   PD Brian Lipford
Police Officer 3rd PCT
Suffolk County Department

DEFENDANT NO. 7   PO Bryan Lawrence
Police Officer 3rd PCT
Suffolk County Department

DEFENDANT NO. 8   P.O. Christopher Grenia
Police Officer 3rd PCT
Suffolk County Department

DEFENDANT NO. 9   PO Franklin Abromowitz
Police Officer 3rd PCT
Suffolk County Department

DEFENDANT NO. 10   PO Glen Baillargeon
Police Officer 3rd PCT
Suffolk County Department

DEFENDANT NO. 11   PO Gregory Gannon
Police Officer 3rd PCT
Suffolk County Department

DEFENDANT NO. 12   PO Lynn Volpe
Police Officer 3rd PCT
Suffolk County Department

DEFENDANT NO. 13   PO Michael Simpson
Police Officer 3rd PCT
Suffolk County Department

DEFENDANT NO. 14    PO Nicholas Echevarria
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

DEFENDANT NO. 15    PO Robert Tenaglia
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

DEFENDANT NO. 16    PO SGT. Adam Bickerton
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

DEFENDANT NO. 17    PO SGT James Curley
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

DEFENDANT NO. 18    PO SGT. Kevin Krause
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

DEFENDANT NO. 19    Erin LePore
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

DEFENDANT NO. 20    PO DET. Sean Walsh
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

DEFENDANT NO. 21    PO DET. Steven Garran
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

DEFENDANT NO. 22    PO Captn. William Ginley
                    POLICE OFFICER 3rd PCT
                    SUFFOLK COUNTY DEPARTMENT

Con. Page 1 of 3

Facts: (what happened?) On April 8th, 2023 in the town of Central Islip, New York Suffolk County, I had alleged had a personal issue with someone at their home. The Suffolk County 3rd PCT Police was called at the house. While seeing the Suffolk County Police Department 3rd Precinct outside I came out of the house and fled on foot from the area. At that moment Suffolk County 3rd Precinct Police Department Release their K9 dog after me while running on South Road and Hazel Street. The K9 dog took me down to the ground without no movement. Officers then of the Suffolk County Police Department 3rd Precinct jumped upon me while on the ground placing their body on me using excessive use of force suffering disabling injury to Left Arm Elbow Area during Suffolk County Police And manhandling me any kind of way. Placing my face in the Dirt where I couldn't

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I did not receive any form of treatment for my arm until coming to the Suffolk County Corrections Facility of Yaphank. I only received treatment for the K9 Dog bit And that's all the Suffolk County 3rd Precinct Police Department care about at that moment.

4

**Address**

Defendant No. 4   Suffolk County 3rd PCT
**Full Name**
Police Department
**Job Title**

**Address**

Defendant No. 5   Suffolk County
**Full Name**
Suffolk County
**Job Title**

**Address**

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? This happen on the morning of my arrest in Central Islip New York, Suffolk County on South Road and Hazel St.

When did the events happen? (include approximate time and date) On the date and month as well time April 8th 2023, time was 4:57 - 5:00 A.M.

3

LOF 2 FACTS

breath, then Rolling me over Removing items out of my personal pockets money, and keys etc.. I was already bitting by the K9 dog on hand, leg and my butt area in pain plus with the officers over disabling my left arm elbow area causing to brake a bone in elbow area of left arm. Suffolk County Police Officer. TODD Jackson of the 3rd Precinct Department was one of the officers cause pain and putting me inside the Suffolk County Police Car. Suffolk County Police Officers took me to the South Shore Hospital in Bayshore New York, Suffolk County. only worrying about the K9 Dog bit nothing else they cared about Just the Dog bit inside the hospital I Todd the officers my arm is in pain and they said Your a Big Boy its nothing wrong but with you only thing we are here for is the dog bit and take you to the Precinct. to be held on the following charges against you.

   While inside the Suffolk County 3rd Precinct Police Department holding cell I was in pain from the left arm elbow and hand area. left arm was swollowing to the point I couldn't move arm elbow area and hand due to the disabling injury done to me. I never received any form of treatment from South Shore Hospital or inside the Suffolk County 3rd Precinct Police Department and that's from April 8th until April 9th of 2023 being held in hold celling until seeing An Suffolk County Court Judge on April 9th After seeing Suffolk County Judge I was sent to An Suffolk County Correctional facility of Yaphank. Once I got there on April 9th I was seen in the intake Nurse and was asked what happen to my arm? I stated the police did this to me.

I was asked by the Suffolk County Corrections nurse did I go to the hospital for this issue dealing with my arm? I stated the only thing the Police Officers care about is the dog bit from the K9 I received nothing else. From that moment the intake nurse of Yaphank Corrections said I am sending to the Hospital due they do not want this issue upon them of the facility cause I should of been seen at the Hospital.

    I was sent to an outside Hospital from the facility of Yaphank called Northwell Hospital. Once at the hospital I received x-ray on the left arm and later that evening an Doc came into the Room stating that I took an picture on my phone to show you that your left arm has been broken from the elbow area, and that I will to see an bone Doc, as well arm will be cast for the next 8 weeks. Due to the Excessive force Suffolk County 3rd Precinct Police Department snap your arm elbow bone area to cause an damage to left arm disabling injury. I was place on pain pills. And as of this point my arm is not the same as it should be. Still swollowing as this statement is made.

Con. Page 1 of 2

Once coming to the facility the intake nurse seen my left arm, and said they sending me to an outside hospital to get checked due to it doesn't look right at all. And don't want it to fall

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I'm seeking from pain and suffering as well mental suffering, physical suffering and requesting *8 million dollars from the damage done to me by the Officers Misconduct and excessive use of force from Suffolk County 3rd PCT Department. My arm will never remain the same, will always have pain in that area of arm.

I declare under penalty of perjury that on 5/27/23 (date), I delivered this complaint to prison authorities at Riverhead Corr. Fac. (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/27/23

Signature of Plaintiff: Hall

Riverhead Corr. Fac.
110 Center Drive
Riverhead, N.Y. 11901
Name of Prison Facility or Address if not incarcerated

126 Fairfield Ave
Syracuse, New York 13207
(Only if not in facility)
Address

432270
Prisoner ID#

rev. 12/1/2015

5

# Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

#### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

4. Make sure the form is typed or neatly written.

5. You must tell the truth and sign the form under penalty of perjury. If you make a false statement, you may be prosecuted for perjury.

6. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

7. The filing fee for a petition is $5. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person) by completing the attached declaration.

8. **CAUTION:** You must include in this petition **all** the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

9. If you were convicted in Brooklyn (Kings), Nassau, Queens, Staten Island (Richmond) or Suffolk County, then the Eastern District of New York is the proper Court in which to file your petition. Complete the attached form, keep a copy for yourself and send the original plus two copies (you need not copy these instructions) to:

    The Pro Se Office
    United States District Court
    Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, NY 11201

II.A. INJURIES    CONT. PAGE 1 OF 2

On the facility at all. I received treatment on April 9th at Northwell Hospital. My arm was x-rayed and placed in a cast for the next 8 weeks and was required to be seen by an Bone Special due to arm disabling injury. Until now arm left arm elbow area still in pain and still inside of cast of this claim.

Mr. Beresford A. Hall
#432270
Suffolk County Correctional Facility
110 Center Drive
Riverhead, New York 11901

**CERTIFIED MAIL**
7020 0640 0001 5197 9168

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 15 2023 ★
LONG ISLAND OFFICE

C/o: Pro Sé Office
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York
11722

LN 6/15

USMS

Legal Mail